UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DANIEL PATTON, | ) | Case No. C17-68-JPD |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION FOR EAJA FEES |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the parties' stipulated motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Dkt. 16.  Based on the parties' stipulated motion, the Court ORDERS that the stipulated motion (Dkt. 16) is GRANTED, and that EAJA attorney's fees in the amount of $4,212.93 shall be awarded to plaintiff.  Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees shall be paid directly to the order of: Janet Leanne Martinez.  Whether or not the EAJA fees and expenses are subject to any offset, payment of this award shall be made via check sent to

//

//

ORDER
PAGE - 1

1   Attorney Janet Leanne Martinez's address:  Douglas Drachler McKee & Gilbrough, 1904 3rd

2   Ave Suite 1030 Seattle, WA 98101.

3       DATED this 23rd day of October, 2017.

4

5

                JAMES P. DONOHUE

6                 Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24